# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED

Dec 13 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

SAMUEL POLANCO

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) -- Possession with Intent to Distribute a Mixture and Substance Containing Methamphetamine
21 U.S.C. §§ 841(a)(1) and (b)(1)(C) -- Possession with Intent to Distribute Heroin
21 U.S.C. § 853 -- Forfeiture Allegation

A true bill.

  /s/ Foreperson of the Grand Jury

                                                                Foreman

Filed in open court this _____13th_____ day of

December_____, 2022_____.

                                              Brittany Sims, Clerk

                                          Bail, $ __No Process__
Hon. Lisa J. Cisneros, Magistrate Judge

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

**FILED**

Dec 13 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL POLANCO, <br><br> Defendant. | CASE NO. 3:22-cr-00470 WHA <br><br> VIOLATIONS: <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute a Mixture and Substance Containing Methamphetamine; <br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin; <br> 21 U.S.C. § 853 – Forfeiture Allegation |

### I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:        (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute a Mixture and Substance Containing Methamphetamine)

On or about October 13, 2022, in the Northern District of California, the defendant,

SAMUEL POLANCO,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21,

United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TWO:  (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin)

On or about October 13, 2022, in the Northern District of California, the defendant,

SAMUEL POLANCO,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:  (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One and Two above, the defendant,

SAMUEL POLANCO,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

//

//

INDICTMENT                         2

1   All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal
2   Procedure 32.2.

4   DATED: December 13, 2022                A TRUE BILL.

6                                            */s/ Foreperson*_____
                                             FOREPERSON
7                                            San Francisco, CA

8   STEPHANIE M. HINDS
9   United States Attorney

11  */s/ George O. Hageman*_____
    GEORGE O. HAGEMAN
12  Assistant United States Attorney

INDICTMENT                                   3