1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  GEORGE O. HAGEMAN (CABN 332457)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6511
7       Fax: (415) 436-7200
        George.Hageman@usdoj.gov

8
   Attorneys for United States of America

9
                   UNITED STATES DISTRICT COURT

10
                 NORTHERN DISTRICT OF CALIFORNIA

11
                     SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,            )   NO. 3:22-CR-00470 RS
                                         )
14          Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER TO
                                         )   CONTINUE HEARING AND EXCLUDE TIME
15      v.                               )   FROM FEBRUARY 7, 2023, TO MARCH 14, 2023
                                         )
16  SAMUEL POLANCO,                      )
                                         )
17          Defendant.                   )
                                         )

18

19      On January 5, 2023, the Court issued an order granting a continuance for the status conference

20  and excluding time until February 7, 2023.  Dkt. 8.  On January 10, 2023, the Courtroom Deputy

21  informed the parties that February 7 was no longer available.  The parties conferred and determined that

22  March 14, 2023, was the next date available for both parties and the Court.

23      The parties hereby request that the status conference, currently set for February 7, 2023, be

24  continued to March 14, 2023.  It is hereby stipulated by and between counsel for the United States and

25  counsel for the defendant Samuel Polanco, that time be excluded under the Speedy Trial Act from

26  February 7, 2023, through March 14, 2023, so that defense counsel may continue to review the

27  discovery produced by the government.  The parties stipulate and agree that excluding time until March

28  14, 2023 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND EXCLUDE TIME
Case No. 3:22-CR-00470 RS

1  parties further stipulate and agree that the ends of justice served by excluding the time from February 7,

2  2023, through March 14, 2023 from computation under the Speedy Trial Act outweigh the best interests

3  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4       The undersigned Assistant United States Attorney certifies that he has obtained approval from

5  counsel for the defendant to file this stipulation and proposed order.

6       IT IS SO STIPULATED.

7  DATED: January 11, 2023                /s/

8                                   GEORGE O. HAGEMAN
                                 Assistant United States Attorney

9

10  DATED: January 11, 2023                /s/
                                 EDWIN PRATHER
                                 Counsel for Defendant Samuel Polanco

11

12  **[PROPOSED] ORDER**

13       Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the

14  Court finds that failing to exclude the time from February 7, 2023, through March 14, 2023, would

15  unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

16  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

17  Court further finds that the ends of justice served by excluding the time from February 7, 2023, to March

18  14, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the

19  defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED

20  that the status conference currently set for February 7, 2023, be continued to March 14, 2023, and that

21  time from February 7, 2023 through March 14, 2023 shall be excluded from computation under the

22  Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

23       IT IS SO ORDERED.

24

25  DATED: _____          _____

26                                   RICHARD SEEBORG
                                 United States District Judge

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND EXCLUDE TIME
Case No. 3:22-CR-00470 RS