STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GEORGE O. HAGEMAN (CABN 332457)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    Fax: (415) 436-7200
    George.Hageman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:22-CR-00470 RS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME FROM FEBRUARY 7, 2023, TO MARCH 14, 2023 |
| v. | |
| SAMUEL POLANCO, | |
| Defendant. | |

On January 5, 2023, the Court issued an order granting a continuance for the status conference and excluding time until February 7, 2023. Dkt. 8. On January 10, 2023, the Courtroom Deputy informed the parties that February 7 was no longer available. The parties conferred and determined that March 14, 2023, was the next date available for both parties and the Court.

The parties hereby request that the status conference, currently set for February 7, 2023, be continued to March 14, 2023. It is hereby stipulated by and between counsel for the United States and counsel for the defendant Samuel Polanco, that time be excluded under the Speedy Trial Act from February 7, 2023, through March 14, 2023, so that defense counsel may continue to review the discovery produced by the government. The parties stipulate and agree that excluding time until March 14, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The

STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME Case No. 3:22-CR-00470 RS

parties further stipulate and agree that the ends of justice served by excluding the time from February 7, 2023, through March 14, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 11, 2023

_____/s/_____
GEORGE O. HAGEMAN
Assistant United States Attorney

DATED: January 11, 2023

_____/s/_____
EDWIN PRATHER
Counsel for Defendant Samuel Polanco

## ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from February 7, 2023, through March 14, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 7, 2023, to March 14, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference currently set for February 7, 2023, be continued to March 14, 2023, and that time from February 7, 2023 through March 14, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: January 11, 2023

_____
RICHARD SEEBORG
United States District Judge

STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME Case No. 3:22-CR-00470 RS