STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GEORGE O. HAGEMAN (CABN 332457)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    Fax: (415) 436-7200
    George.Hageman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 3:22-CR-00470 RS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME FROM MARCH 14, 2023, TO MAY 2, 2023 |
| v. | ) | |
| SAMUEL POLANCO, | ) | |
| Defendant. | ) | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant Samuel Polanco, that time be excluded under the Speedy Trial Act from March 14, 2023, through May 2, 2023.

    At the status conference held on March 14, 2023, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until May 2, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 14, 2023, through May 2, 2023 from computation under the Speedy Trial Act outweigh the best interests of the

STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME Case No. 3:22-CR-00470 RS

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 14, 2023

/s/
GEORGE O. HAGEMAN
Assistant United States Attorney

DATED: March 14, 2023

/s/
EDWIN PRATHER
Counsel for Defendant Samuel Polanco

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on March 14, 2023, and for good cause shown, the Court finds that failing to exclude the time from March 14, 2023, through May 2, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from March 14, 2023 to May 2, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 14, 2023 through May 2, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  March 14, 2023

RICHARD SEEBORG
United States District Judge

STIPULATION AND  ORDER TO CONTINUE HEARING AND EXCLUDE TIME Case No. 3:22-CR-00470 RS