EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
SAMUEL POLANCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMUEL POLANCO,<br><br>  Defendant. | Case No.:  CR 22-0470 RS<br><br>**JOINT REQUEST AND STIPULATION RE SENTENCING HEARING; ORDER** |

Defendant Samuel Polanco has pleaded guilty in this matter and is currently set to be sentenced by the Court on September 19, 2023.

The parties require additional time in the preparation of the Presentence Report and as such, the parties jointly agree, request, and stipulate that the September 19, 2023 sentencing hearing be continued to October 17, 2023.

///

///

The Court and U.S. Probation Department are available on the proposed date.

SO STIPULATED.

Dated: July 10, 2023                           _____/s/_____
                                               GEORGE HAGEMAN
                                               ISMAIL RAMSEY
                                               United States Attorney

Dated: July 10, 2023                           _____/s/_____
                                               GEORGE HAGEMAN
                                               Assistant United States Attorney

Dated: July 10, 2023                           _____/s/_____
                                               EDWIN PRATHER
                                               PRATHER LAW OFFICES
                                               Attorneys for Defendant
                                               SAMUEL POLANCO

'

## ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that the September 19, 2023 sentencing hearing is vacated.  A sentencing hearing shall be conducted in-person on October 17, 2023, at 9:30am.

Dated:  July 10, 2023            _____
                                 THE HONORABLE RICHARD SEEBORG
                                 CHIEF DISTRICT COURT JUDGE